UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD HOSSA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN LANGFORD, et al.,<br><br>　　　　Defendants. | Case No. CV 18-10200 VAP (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint, or, in the Alternative, for Summary Judgment ("Motion"), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED THAT:

1. Defendants' Motion is GRANTED under Federal Rule of Civil Procedure 56 to the extent that it contends that Plaintiff has failed to exhaust his Biopsy Delay,

Surgery Delay, and Rehabilitation Claims. The Biopsy Delay, Surgery Delay, and Rehabilitation Claims of the Second Amended Complaint are DISMISSED without prejudice, but without leave to amend.

2. Defendants Jaspal Dhaliwal and Ian Garrastazu are DISMISSED as they are named only in the Second Amended Complaint's unexhausted claims.

3. Defendants' Motion is DENIED under Federal Rule of Civil Procedure 12(b)(6) to the extent that it contends that the Quarterly Consult Claim fails to state a claim.

4. Defendants Stephen Langford, Scott Nicklin, William Watson, Gene Carrasca and Navid Souferzadeh are ORDERED to file an Answer solely to the Second Amended Complaint's Quarterly Consult Claim within fourteen days of the District Judge's Order.

IT IS SO ORDERED.

DATED: October 1, 2020

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE